IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GREGORY, | Case No. 1:11-cv-00151 JLT (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR ORDER TO EFFECT PROCESS AND SERVICE |
| vs. | |
| E. CLARK, et al, | (Doc. 9) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in an action pursuant to 42 U.S.C. § 1983. Plaintiff has requested the Court grant an order to effect process and service of his complaints on the named defendants.

Before an order requiring service of Plaintiff's complaint can be made, the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. Since the Court has not screened Plaintiff's complaint the Court DENIES Plaintiff's motion as premature.

Accordingly, it is **HEREBY ORDERED** that Plaintiff's ex parte motion for an order to effect process and service (Doc. 9), is **DENIED**.

IT IS SO ORDERED.

Dated:   **October 17, 2011**                              /s/ Jennifer L. Thurston
                                                                         UNITED STATES MAGISTRATE JUDGE