UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GREGORY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. CLARK, et. al,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-00151 JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. 16). |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 21, 2012, the Court dismissed Plaintiff's Complaint, but allowed him 30 days to notify the Court in writing whether he wished to proceed on the cognizable claims or file an amended complaint to address the deficiencies outlined by the Court. (Doc. 16).  The Court's order also warned Plaintiff that if he failed to comply with the order, the matter may be dismissed.  (Id.).  Despite the Court's order and warning, Plaintiff has failed to notify the Court of his intentions or file an amended pleading.

　　　　Accordingly, it is **HEREBY ORDERED** that <u>**within 14 days**</u> from the date of this order, Plaintiff **SHALL** show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order.  Alternatively, Plaintiff **SHALL**, within the same 14-day

1

period, notify the Court in writing whether he wishes to proceed on the cognizable claims set forth in the Court's December 21, 2012 order or file an amended pleading as previously ordered.

**Plaintiff is cautioned that if he fails to comply with this order, the Court will dismiss his matter.**

IT IS SO ORDERED.

Dated:   **January 25, 2013**                              **/s/ Jennifer L. Thurston**
                                                                                           UNITED STATES MAGISTRATE JUDGE