UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GREGORY, | ) Case No.: 1:11-cv-00151 JLT (PC) |
| Plaintiff, | ) **ORDER STRIKING FIRST AMENDED COMPLAINT** |
| v. | ) (Doc. 22) |
| E. CLARK, et. al, | ) |
| Defendants. | ) |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his initial complaint on January 20, 2011.  (Doc. 1).  The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found that it states cognizable claims against Defendants Patrick and England for violation of the Eighth Amendment.  (Doc. 16 at 5 and 7). The Court's December 21, 2012 screening order dismissed Plaintiff's Complaint and ordered him to notify the Court in writing whether he wished to proceed on the cognizable claims set forth above or file an amended complaint to address the deficiencies outlined by the Court.  (Doc. 16).

On February 8, 2013, Plaintiff informed the Court that he wished to proceed on the cognizable claims.  (Doc. 20).  Thus, the Court ordered service of the complaint on February 13, 2013.  (Doc. 21)

Now before the Court is a "First Amended Complaint" filed by Plaintiff.  (Doc. 22)  However, because Plaintiff has elected to proceed only on the claims the Court identified as cognizable, Plaintiff is no longer free to file an amended complaint without leave to amend under Fed. R. Civ. P 15.

1

1  Therefore, the Court orders the First Amended Complaint to be **STRICKEN**.

3  IT IS SO ORDERED.

|   |   |
|---|---|
| Dated:  **February 15, 2013** | **/s/ Jennifer L. Thurston** |
|   | UNITED STATES MAGISTRATE JUDGE |