IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARREN GREGORY,** | 1:11-CV-00151 AWI JLT (PC) |
| Plaintiff, | **ORDER GRANTING MOTION TO AMEND THE SCHEDULING ORDER** |
| v. | |
| **M. PATRICK, et al. ,** | **(Doc. 38)** |
| Defendants. | |

In light of the pending motion to compel discovery responses (Doc. 38) and having considered Defendants' motion to modify the scheduling order, the Court finds good cause has been found, and **ORDERS**:

The deadline for parties to file dispositive motions is extended to January 28, 2014.

IT IS SO ORDERED.

Dated: **November 5, 2013**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE