# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GREGORY,<br><br>   Plaintiff,<br><br>  v.<br><br>M. PATRICK, et al<br><br>   Defendants. | **Case No. 1:11-cv-00151-AWI-JLT (PC)**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>**(Doc. 38)** |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 20, 2011. (Doc. 1.) The Complaint was screened pursuant to 28 U.S.C. § 1915A(a) and found to state cognizable claims against Defendants Patrick and England for violation of the Eighth Amendment. (Doc. 16.) On October 28, 2013, Defendants filed a notice of motion and motion to compel discovery responses and to modify the scheduling order.[1] (Doc. 38.) Defendants base their motion to compel on Plaintiff's complete failure to respond to their first set of interrogatories. (*Id.*)

  The Scheduling Order, which issued on May 28, 2013, provided a discovery cut-off date of October 28, 2013 and required any motions to compel to be filed by that date as well. (Doc. 32.) That same order required all discovery requests to be served in accordance with Federal

---

[1] Their request to modify the scheduling order has previously been granted and so need not be addressed herein. (*See* Doc. 39.)

1

Rule of Civil Procedure, Rule 5 and Local Rule 135 and service of responses to written discovery within forty-five (45) days after the request is served. (*Id.*) Defendants served their first set of interrogatories on Plaintiff on July 19, 2013. (Doc. 38, p.6.) Despite both written and telephonic contact with Plaintiff, no responses to their first set of interrogatories have been received. (*Id.*; Doc. 38-2, p. 2.)

Parties are entitled to seek discovery of "any nonprivileged matter that is relevant to any party's claim or defense. . . ." Fed. R. Civ. P. 26(b)(1). Each interrogatory must be answered by the party to whom they are directed. Fed. R. Civ. P. 33(b)(1). Failure to timely serve responses waives objections to the interrogatories. Fed. R. Civ. P. 33(b)(4).

Plaintiff's complete failure to respond to the defendants' first set of interrogatories has affected a waiver of any objections that he might otherwise have raised. Defendants are entitled to response to their first set of interrogatories.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion to compel Plaintiff to respond to their first set of interrogatories, filed October 28, 2013 (Doc. 38), is GRANTED; and
2. Within thirty (30) days of the date of this order, Plaintiff is ordered to serve responses to Defendants' first set of interrogatories, without objections.

IT IS SO ORDERED.

Dated:   **November 21, 2013**                  **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE