# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GREGORY,<br><br>        Plaintiff,<br><br>    v.<br><br>M. PATRICK, et al<br><br>        Defendants. | Case No. 1:11-cv-00151-AWI-JLT (PC)<br><br>**ORDER GRANTING MOTION TO AMEND THE SCHEDULING ORDER NUNC PRO TUNC**<br><br>**(Doc. 41)** |

In light of the pending motion to dismiss for Plaintiff's failure to comply with the November 21, 2013 order compelling his discovery responses (Doc. 40), having considered Defendants' request to modify the scheduling order in their motion to dismiss (Doc. 41), and given that Defendants filed a motion for summary judgment on February 26, 2014, the Court finds good cause has been found, and **ORDERS**:

The deadline for parties to file dispositive motions is extended to February 27, 2014, nunc pro tunc.

IT IS SO ORDERED.

    Dated:   **March 11, 2014**                    **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE