# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GREGORY,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK, et al.,<br><br>  Defendants. | Case No. 1:11-cv-00151-AWI-JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITIONS OR STATEMENTS OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(Docs. 41, 43) |

Plaintiff, Darren Gregory, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 20, 2011. On January 10, 2014, Defendants England and Patrick filed a motion to dismiss under Federal Rule of Civil Procedure 37(b)(2) based on Plaintiff's failure to comply with this Court's November 21, 2013 Order (Doc. 40). On February 26, 2014, Defendants England and Patrick filed a motion for summary judgment. Fed. R. Civ. P. 56. Plaintiff has not responded to either of these motions.

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to both of Defendants' motions within **21 days**.

///

///

///

///

1    **Plaintiff is warned that the failure to comply with this order will result in dismissal of**
2    **this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:     **March 11, 2014**                        **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE

2